IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES M. RAPER, JR.**  **PLAINTIFF**
ADC #663449

V.    CASE NO.  4:22-cv-00153-LPR

**LOUANNA ANDERSON,**
**Warren Lumberjacks Booster Club**
**Member; BRUCE ANDERSON, District**
**Judge, Bradley and Drew County**  **DEFENDANTS**

## ORDER

    Plaintiff James Raper, Jr., in custody in North Central Unit of the Arkansas Division of Correction, filed a *pro se* complaint alleging he is has been mistreated at the hands of Bradley County defendants.[1]  Based on the facts alleged and the addresses alleged for the Defendants named, it appears that venue properly lies in the United States District Court for the Western District of Arkansas.[2]  Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas.[3]

    The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

    IT IS SO ORDERED this 31st day of May, 2022.

                                        _____
                                        LEE P. RUDOFSKY
                                        UNITED STATES DISTRICT JUDGE

---

[1] Complaint, Doc. 2.

[2] 28 U.S.C. § 1391(b).

[3] 28 U.S.C. § 1406(a) "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.